**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: _____

STACY ANDERSON, as Personal Representative
of the Estate of STEPHANIE ANDERSON,

    Plaintiff,

vs.

FLORIDA MEMORIAL UNIVERSITY, INC.,

    Defendant.
_____/

**NOTICE OF REMOVAL OF ACTION BY DEFENDANT**

**TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF FLORIDA**

    Defendant Florida Memorial University, Inc. hereby gives notice of removal of an action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Stacy Anderson, as Personal Representative of the Estate of Stephanie Anderson*, Case No. 21-021828 (CA 04), to the United States District Court for the Southern District of Florida, being the district and division within which that action is presently pending.  As grounds for removal, Defendant states as follows:

    1.    This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

    2.    Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit A are copies of Plaintiff's Complaint and all state court process, pleadings, and orders filed in the state court civil action.

    3.    The action was filed on September 23, 2021.  To date, Defendant has not been served with process.  Accordingly, this Notice is timely pursuant to 28 U.S.C. § 1446(b).

4. Title 28 U.S.C. § 1441 provides for removal by a defendant of "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States," without regard to the citizenship of the parties. *See* 28 U.S.C. § 1441(b). Federal question jurisdiction is triggered where a federal question is presented on the face of a plaintiff's complaint. *See, e.g., Kemp v. Int'l Bus. Machines Corp.*, 109 F.3d 708, 712 (11th Cir. 1997).

5. In the Complaint, Plaintiff purports to allege violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and the Florida Civil Rights Act, § 760.10, Fla. Stat. *et seq.* ("FCRA"), as well as other state common law claims. This Court would have original jurisdiction of this case under 28 U.S.C. § 1331 and this case is removable from state court pursuant to 28 U.S.C. § 1441(b).

6. Copies of this Notice of Removal and a separate state court Notice of Removal have been filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit and served on Plaintiff's counsel.

7. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

**WHEREFORE**, Defendant Florida Memorial University, Inc. gives notice that the above-styled case now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida is removed therefrom to this Court.

Dated:  November 15, 2021.

Respectfully submitted,

*Eric K. Gabrielle*
Eric K. Gabrielle (Florida Bar No. 160725)
egabrielle@stearnsweaver.com
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard – Suite 2100
Fort Lauderdale, Florida  33301
Telephone:  (954) 462-9500
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail on this 15th day of November, 2021, on counsel for Plaintiff, listed below.

*Eric K. Gabrielle*
Eric K. Gabrielle

## SERVICE LIST

Marwan E. Porter, Esq.
Camille J. Miller, Esq.
**THE PORTER LAW FIRM, LLC**
5033 S.E. Federal Highway
Stuart, Florida  34997
Tel:  (772) 266-4159
marwan@theporterfirm.com
camille@theporterfirm.com
*Attorneys for Plaintiff*